FILED
JUN 13 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17cr0332-BEN |
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| MARIO CERETTO, | |
| Defendant. | |

WHEREAS, in the Information in this case, the United States alleged forfeiture of all property, real or personal, involved in Count 1, and of any property traceable to such property in favor of the United States against Defendant, MARIO CERETTO ("Defendant"), pursuant to 31 U.S.C. § 5317(c), in violation of 31 U.S.C. §§ 5324(a)(3) and 5324(d), and 18 U.S.C. § 2, as charged in the Information; and

WHEREAS, on or about February 9, 2017, the Defendant entered a guilty plea to Count 1 of the Information charging violation of 31 U.S.C. § 5324(a)(3), structuring transactions to evade reporting requirements, which plea included a consent to the forfeiture allegations of the Information and an agreement to entry of a $29,784.00 money judgment against the Defendant in favor of the United States, before Magistrate Judge Barbara Lynn Major; and

WHEREAS, on 6-12-17, 2017, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the admission of the Defendant set out in the Plea Agreement and Forfeiture Addendum, the Court hereby has determined that $29,784.00 (U.S. dollars) represents the moneys subject to forfeiture to the United States as property involved in the offense, pursuant to 31 U.S.C. § 5317, as charged in the Information; and

WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now entitled to an Order of Forfeiture and a judgment in its favor against the Defendant in the amount of $29,784.00, pursuant to 31 U.S.C. § 5317 and Rule 32.2 of the Federal Rules of Criminal Forfeiture; and

WHEREAS, by virtue of the facts set forth in the Plea Agreement and Forfeiture Addendum, the United States has established the requisite nexus between the $29,784.00 judgment and the offense; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;" and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant MARIO CERETTO shall forfeit to the United States the sum of $29,784.00 pursuant to 31 U.S.C. § 5317; and

2. Judgment shall be entered in favor of the United States against Defendant MARIO CERETTO in the amount of $29,784.00; and

3. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the judgment; and

4. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

5. Pursuant to Rule 32.2(b)(3), the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

6.   The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $29,784.00 to satisfy the money judgment in whole or in part; and

7.   The United States may take any and all actions available to it to collect and enforce the judgment.

IT IS SO ORDERED.

DATED: 6/6/2017

_____
Hon. ROGER T. BENITEZ
United States District Court